IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02097-WDM

JOHN MATHEWS,

     Plaintiff,

v.

DENVER NEWSPAPER AGENCY LLP,

     Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Plaintiff's motion for leave to exceed page limit is granted.

Dated:  October 15, 2008

                            s/ Jane Trexler, Judicial Assistant