IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02097-WDM-KLM

JOHN MATHEWS,

    Plaintiff(s),

v.

DENVER NEWSPAPER AGENCY LLP,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to File Amended Reply Brief in Support of Motion for Partial Summary Judgment and Amended Brief in Opposition to Defendant's Motion for Summary Judgment** [Docket No. 105; Filed October 17, 2008] (the "Motion"). Plaintiff seeks permission to supplement two previously filed briefs with an amended affidavit signed by Ken Valero [Docket No. 107-2].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts for filing (1) Plaintiff's Amended Reply Brief in Support of Motion for Partial Summary Judgment [Docket No. 106] and its attached exhibits [Docket Nos. 106-2 through -4]; and (2) Plaintiff's Amended Brief in Opposition to Defendant's Motion for Summary Judgment [Docket No. 107] and the signed affidavit of Ken Valero [Docket No. 107-2].

    IT IS FURTHER **ORDERED** that the Clerk shall link the original attachments to Plaintiff's opposition brief [Docket Nos. 100-3 through -63] to Plaintiff's Amended Brief in Opposition to Defendant's Motion for Summary Judgment [Docket No. 107].

    IT IS FURTHER **ORDERED** that Docket Nos. 99 and 100 are **STRICKEN** from the record.

Dated:     October 20, 2008