IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02097-WDM

JOHN MATHEWS,

    Plaintiff,

v.

DENVER NEWSPAPER AGENCY LLP,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to strike or to file surreply (doc no 125) is denied.

Dated: December 9, 2008

                                      s/ Jane Trexler, Judicial Assistant