IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02097-CMA-KLM

JOHN MATHEWS,

    Plaintiff,

v.

DENVER NEWSPAPER AGENCY, LLP,
    a Delaware limited partnership,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulated Motion for Dismissal With Prejudice (Doc. # 210), filed by the Plaintiff and signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: May __09__, 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge